IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK VELARDE, | No. CV-F-04-6244 OWW |
| | (No. CR-F-02-5451 OWW) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On September 1, 2004, petitioner Nick Velarde timely filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner contends that his "sentence that was imposed was by the USDC, became <u>illegal</u> & <u>unconstitutional</u>, as well as violating my Sixth Amendment right to a Jury Trial, on <u>06/24/2004</u>, when the U.S. Supreme Court filed their opinion in <u>Blakely v. Washington</u>, 124 S.Ct. 2531 (June 24, 2004). The USDC erred in sentencing me by considering factors <u>not</u> found by a jury, pursuant to <u>Blakely</u>."

Petitioner's motion is without merit.  Petitioner pleaded guilty pursuant to a written Plea Agreement and was sentenced on September 29, 2003.  Petitioner did not file a Notice of Appeal. *Blakely* does not apply retroactively to cases on collateral review.  *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied* ___ U.S. ___, 126 S.Ct. 1181 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005).

ACCORDINGLY, as set forth above:

1.  Petitioner Nick Velarde's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

IT IS SO ORDERED.

**Dated:   November 27, 2006**                 /s/ Oliver W. Wanger
668554                                          UNITED STATES DISTRICT JUDGE

2