UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
NOV 20 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES OF AMERICA,

vs.

NICK VELARDE,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:04-CV-6244
1:02-CR-5241

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_    Granted for the following reason:

_____

_____

_____

_____

__X__    Denied for the following reason:
BLAKELY HAS NO RETROSPECTIVE APPLICATION TO PETITIONER'S FEDERAL SENTENCE.

Dated: 11-28-06

OLIVER W. WANGER
United States District Judge